**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**RONNELL L. ANDERSON #393424**                    **CIVIL ACTION**

**versus**                                                          **NO. 09-3973**

**WARDEN LYNN COOPER**                             **SECTION: "S" (3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and

Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's

Report and Recommendation, hereby approves the Report and Recommendation of the United States

Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Ronnell L. Anderson** for *habeas corpus* relief

is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this __8th__ day of _____March_____, 2010.


                                        _____
                                        **UNITED STATES DISTRICT JUDGE**