UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONNELL L. ANDERSON | CIVIL ACTION |
| VERSUS | NO. 09-3973 |
| WARDEN LYNN COOPER | SECTION "S"(3) |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____  a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

__X__  a certificate of appealability shall not be issued for the following reason(s):

The petitioner has not made a substantial showing of the denial of a constitutional right for the reason stated in this court's order and reasons of March 8, 2010, adopting the report and recommendation of the magistrate judge. 28 U.S.C. §2253(c)(2).

New Orleans, Louisiana, this __9th__ day of ____March____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**